[*If you need additional space for ANY section, please attach an additional sheet and reference that section.*]

**RECEIVED**
**12/9/2021**
**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

LK

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

<u>CATHY BOWES (SHEDRICK MOTHER)</u>  )
)
<u>SHEDRICK BOWES-NORTHERN</u> ,       )
)
Plaintiff(s),                        )
)
vs.                                  )   Case No.
)
<u>VILLAGE OF PHOENIX, VILLAGE OF DOLTON,</u> )   **1:21-CV-06595**
<u>ECHO JOINT AGREEMENT,</u>             )
<u>PACE ELEMENTARY SCHOOL,</u>           )   **JUDGE SHAH**
<u>COOK COUNTY STATE ATTORNEY OFFICE</u> )   **MAGISTRATE JUDGE CUMMINGS**
)   **RANDOM**
Defendant(s).                        )

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is **SHEDRICK BOWES-NORTHERN**.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[*If you need additional space for ANY section, please attach an additional sheet and reference that section.*]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, _____, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **VILLAGE OF PHOENIX, VILLAGE OF DOLTON,** As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about **JUNE 07TH, 1999**, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _____
_____, in the County of **COOK**,
State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
**Wrongfully accused of Sexually assaulted.**
_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

                                                                                              .

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):

                                                     .

8. Plaintiff was charged with one or more crimes, specifically:

    **AGGRAVATED CRIMINAL SEXUAL ASSAULT**

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

    ☐ are still pending.

    ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____.

    ☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

Case: 1:21-cv-06595 Document #: 1 Filed: 12/09/21 Page 4 of 17 PageID #:4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

**SEE ATTACHMENT**

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

**SEE ATTACHMENT**

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Shedrick B*

Plaintiff's name *(print clearly or type)*: **SHEDRICK BOWES-NORTHERN**

Plaintiff's mailing address: **1101 CUMBERLAND CROSSING DRIVE #202**

City **VALPARAISO**   State **IN**   ZIP **46383**

Plaintiff's telephone number: (   ) **312-292-1945**   .

Plaintiff's email address *(if you prefer to be contacted by email)*:
**SHEDRICKCHILDREN@GMAIL.COM**

15. Plaintiff has previously filed a case in this district. ☒ Yes  ☐ No

*If yes, please list the cases below.* **1:21-CV-03351**

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

These are the dates that Cook County State Attorney's office, Phoenix Police Department, Dolton Police Department, Echo Joint agreement, Pace Elementary, and Iris Martinez Cook County Clerk violated FOIA request. I'm still going through childhood trauma from being wrongfully accused of sexual assault. Every time my mother went to the Phoenix Police Department, she was told that it's not records of me being wrongfully accused of sexually assault at Pace Elementary. Phoenix Police is committing corruption by covering up the records containing me being accused and arrested for criminal sexually assault. If someone could be charged with sexually assault and it's no time frame. It shouldn't be a time frame for the person that wrongfully accuses you from being charged. This has ruined my relationship with my family and friends. That's bias for the wrongfully accused not to receive equal Justice. I'm willing to take this matter to The United States Supreme Court to fix this issue. I believe that this is a major flaw in our Justice system that would prevent others from suffering as others and myself have suffered. Situations like this causes a lifetime of emotional distress, mental anguish, and pain and suffering. I live with this pain every day. For these government entities listed above to constantly tell me it's no documents of me being charged with rape is an insult. I was 14 years old. I cry tears from the pain of being labeled a rapist.

On June 25, 2021, Illinois attorney general said that Phoenix police violated the requirements of FOIA by failing to respond to a FOIA request submitted by me Shedrick Bowes-Northern.

On February 6, 2021, I submitted a FOIA request to the Phoenix police Department seeking copies of all records concerning case number 99JD18369.

On February 17, 2021, I submitted the above-referenced Request for Review to The Illinois Attorney general alleging that the Department had failed to respond to my request.

On February 22, 2021, the Illinois Attorney general sent a copy of the Request for Review to the Phoenix Police Department and asked whether it had responded to the request; if they had not yet responded to the request, The Illinois Attorney general asked the Phoenix Police Department to respond to my request and send a copy their office. A Department representative informed the AAG that the Village Clerk, Ms. Melba Ferrell, would have been responsible for my request. the AAG left a voice message for Ms. Ferrell and sent her an e-mail attaching copies of FOIA request letter

On March 05, 2021, Cook County State Attorney office FOIA officer JEANEANE BOOKER emailed me a letter stating that The Cook County State Attorney personnel who are most knowledgeable about the existence of any records responsive to my request, has been no responsive records based on the information you provided in your FOIA request. Despite charges being filed July 12, 1999.

In the FOIA request I wrote:

(A) Records Requested: I am requesting all records, emails, reports, statements, documents, audio recordings, video recordings, and all information that's containable according to (5 ILCS

140/) Freedom of information Act. Containing to case number 99JD18369 10/ 21/ 99 AGG CRIMINAL SEXUAL ABUSE. I am requesting detectives, officers, and all documents containing the names of all law enforcement officers, detectives, state attorneys, and state prosecutors involved in the case number listed above.

(B) Under the Illinois Freedom of Information Act, 5 ILCS 140, I am requesting an opportunity to inspect or obtain copies of public records that contain emails, reports, statements, documents, audio and video recordings, and all information that's attached to case number 99JD18369 10/21/99 AGG CRIMINAL SEXUAL ABUSE.

On May 17, 2021, The AAG sent a follow-up e-mail to Ms. Ferrell. After not receiving a response from the Village of Phoenix.

I have documents stating that the State of Illinois filed charges. The documents are attached to this civil complaint.

On June 3, 2021, The Illinois Attorney General office mailed and e-mailed another copy of the Request for Review to the Village of Phoenix. The Illinois Attorney General office did not receive a response.

On June 24, 2021, I informed The Illinois Attorney General office that I haven't received a response from the Village of Phoenix. The Illinois Attorney General office notified me and said that they didn't receive a response to its correspondence.

On May 6, 2021, I informed The Illinois Attorney General office that I had not received a response from the Village of Phoenix or The Phoenix Police Department.

On June 25, 2021, The Village of Phoenix employee Melba Ferrell responded to email and said We have explained to Mr. Bowes through email several times and I even had a conversation on the phone with him as well as our Police Chief at the time of his inquiry, that the Village of Phoenix does not have any information on this matter. The Village of Phoenix has no records that the arresting officer worked for Phoenix Police Department at that time, or that the arrest was in Phoenix. Mr. Bowes emailed what he had to me, and I explained to him that our Police department had no records on this matter. The school that this happened at has students from several surrounding districts and the Police officer T. King #7 that signed this petition could have worked in any of the villages, but we have no records of a T. King even working for Phoenix Police department.  If you have any other questions, please let me know, and if I can be of further assistance, I will be happy to help.

On August 26, 2021, ECHO JOINT AGREEMENT sent me a letter saying Dear Mr. Bowes-Northern: I am writing in response to your Freedom of Information Act (FOIA) request dated August 10, 2021, in which you seek from the ECHO Joint Agreement any and all records related to case number 99JD18369 10/21/99 AGG CRIMINAL SEXUAL ABUSE. ECHO conducted a search

of the records that it maintains and determined that it does not have any records that are responsive to this request.

My name is Shedrick Bowes-Northern. I was falsely accused of rape on June 07, 1999, by Patricia Alexander when I was 14. A Pace Elementary student, Patricia Alexander, said I raped her with a knife to her neck for an hour in Pace Elementary school restroom. Located at E 155th St & 7th Ave, Phoenix, IL 60426, attached to Coolidge middle school at the time. The Dolton police department picked me up from my job at The Dolton Expo center located in Dolton. Dolton police department said that Phoenix police wanted to talk to me. Dolton police transferred me to the Phoenix police department without notifying my parents.

When I arrived at the Phoenix police department, I asked one of the Phoenix Police department officers in lockup to call my parents. The Phoenix police officer told me that I couldn't make any calls to the detective to come in to interview me. When I asked the officer what I was being arrested for, he told me that I'd find all that out when the detective comes in. I was placed in a Phoenix police department holding Jail cell without food or communication with my parents. I asked the Phoenix police department officer if he could call my mother to know where I am and worry about not coming home. He refused to contact her—me being 14, not knowing what was going on or why I was being arrested. I started getting nervous and worrying about my mother, now knowing what was going on with me. I started crying. The officer said, don't cry now. You weren't crying when you did what you did. I was confused because I didn't do anything.

The detective interviewed me without my parents being present and charged me with AGGRAVATED CRIMINAL SEXUAL ASSAULT. The Phoenix police officer watching me kept saying, you did it. You know you did it and kept joking about the alleged rape, saying, you going to the shit house, referring to Cook County Juvenile Detention Center. The detective told the officer that since I'm a minor, I couldn't be in a jail cell, that he had to handcuff me to a chair. I asked the detective could he call my mother; Phoenix police officers told me that I could call my mother when I get to the shit house. The Phoenix police officer repeatedly asked me why I take Patricia Alexander's pussy and why I keep lying about taking it.

Saying you know you took the pussy, that's why you are going to the shit house. Referring to the Cook County Juvenile correction center. Laughing and joking with other Phoenix police department officers. Phoenix police department transported me to Cook County Juvenile Detention Center.

Cook County Juvenile Center staff allowed me to call my mother and stepfather, Marvin Mcferren. I told my mother that I was charged with rape. She started crying, saying that they got the wrong one. My mother knew I wasn't even sexually active at the age of 14.

My stepfather got on the phone and told me to put somebody who works there and then ask me why I haven't called them. I explained to him that the Phoenix police officer wouldn't let me. I started crying, hearing my mother crying in the background. I asked one of the ladies Cook County Juvenile detention center staff members could she get on the phone. She said that my time was up, and she doesn't have any information about anything going on with me. Then she said that I'd be able to make a call when I get upstairs. I was giving a red shirt and some pants. I

was in the Cook County department of corrections center for about 30 days or more. While I was in there, I was humiliated, verbally abused, physically abused, emotionally abused, and spiritually abused. Other Cook County Juvenile inmates constantly picked on me, calling me a rapist. I remember one of the staff members name officer Martinez.

My mother and grandmother coming to see me there was embarrassing. The only good thing I got out of the Cook County Juvenile center was learning the Our Father in heaven, may your name be kept holy. May your Kingdom come soon. May your will be done on earth, as it is in heaven. Give us today the food we need, and forgive us our sins, as we have forgiven those who sin against us. And don't let us yield to temptation but rescue us from the evil one.

My mother frequently went to the Phoenix police department and Markham courthouse. They told her year after year that the case didn't exist since I was found not guilty. I grew up with my family abandoning me, beating me, emotionally abusing me, and being humiliated after I was released. I felt like my life had ended from Patricia Alexander lying, saying I raped her with a knife to her throat for an hour at Pace Elementary school. The school restroom she was referring to is right next to the main office. All these defendants left Patricia Alexander, Phoenix police department, Pace elementary school, Cook County state attorney, and Illinois State Board of education. Left a wound in my heart that would be there forever. I forgive her. Not cause of what she did, but because of the power and strength that God gave me to forgive.

Echo Joint Agreement program, Cook County State attorney office, Phoenix Police department, Iris Martinez Cook County Circuit Clerk, and Dolton police all have received FOIA request that they haven't answered. I'm going to take this case to the United States Supreme Court. Rape case wrongfully accused victims shouldn't be punished and nothing is done when we are found not guilty to the real criminals that falsely accused us.

I demand compensatory damages and punitive damages for the pain and suffering, humiliation, embarrassment, fear, emotional trauma, emotional distress, mental anguish, disfigurement, the deprivation of my constitutional rights and dignity, interference with everyday life, and whatever additional relief this Court deems equitable and just.

Iris Y. Martinez
Clerk of the Circuit Court



Juvenile Justice Division
Juvenile Court Building
1100 South Hamilton
Room 13
Chicago, Illinois 60612
(312) 433-4941
FAX (312) 433-6863
cookcountyclerkofcourt.org

## OFFICE OF THE CLERK OF THE CIRCUIT COURT OF COOK COUNTY

## IN THE CIRCUIT COURT OF COOK COUNTY

This is to certify that I, Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois am the legal custodian of the records of this court and the keeper of its seal.

I further certify that after a careful search of the records of my office, the following was filed and/or entered:

Charge:     001     AGG CRIMINAL SEX ABUSE

Name:     SHEDRICK BOWES

Case Number:     99JD18369

Date:     10/21/99

Judge name:     MICHAEL STUTTLEY

Sentence/Disposition:     CASE NOLLE PROSEQUI—RESPONDENT DEMANDS TRIAL

Iris Y. Martinez
Clerk of the Circuit Court of Cook County

# JUVENILE DELINQUENCY
## Aurelia Pucinski
### CLERK OF THE CIRCUIT COURT OF COOK COUNTY
### COUNTY DEPARTMENT, JUVENILE DIVISION

99JD 99JD183(?)

Calendar: 76
Filing Date: 6·21·99
Type of Petition: Del
Return Date: 6·21·99

NAME (LAST): Bowes  (FIRST): Shedrick

Present in Court: Mother ✓

| DATE / JUDGE | ORDERS ENTERED | CASE FILE REVIEWED DATE / INITIALS | Father | Mother | OTHER |
|---|---|---|---|---|---|
| JUDGE MICHAEL STUTTLEY-1549  JUN 21 1999 | PDA/Arr. M/ST Amend FPC/UIN HtC CFT 7-6-99 | | | ✓ | |
| JUDGE MICHAEL STUTTLEY-1549  JUL -6 1999 | M/ST Med. Rec. Scpt M(PD) w/d icpt- Sujt C/BAR Atty 7-12-99 Rel/mom | | | | |
| JUDGE MICHAEL STUTTLEY-1549  JUL 12 1999 | w file ADD rst c/r 8-17-99 | | | | |
| JUDGE MICHAEL STUTTLEY-1549  AUG 17 1999 | B/A cust 8-23-99 | | | | |
| JUDGE MICHAEL STUTTLEY  AUG 23 1999 | M/RESP cust 9-28-99 | | | | Atty. |
| JUDGE MICHAEL STUTTLEY-1549  SEP 28 1999 | B/A cust 10-21-99 | | | | |
| JUDGE MICHAEL STUTTLEY-1549  OCT 21 1999 | M/ST Nolle Pros DST | | | | |

CCJD-22-3M-04/01/98 (83420155)-(Item 11)

99JD018369

**CONFIDENTIAL**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

In the interest of:
SHEDRICK J. BOWES
D.O.B. 13 NOV. 85   625
A Minor

No. 99JD18369

EE 1140

## PETITION FOR ADJUDICATION OF WARDSHIP

I, __OFFICER T. KING #7__ (full name of Petitioner) on oath state* on information and belief:

1. __SHEDRICK J. BOWES__ (full name of minor) is a __MALE__ (male)(female) minor born on __13 NOV__, 19__86__, who resides or may be found in this county at __14626 AVALON__ (address), __DOLTON, ILL 60419__ (city/state/zip)

2. The names and residence addresses of the minor's parents, legal guardian, custodian, and nearest known relative are:

| | Name | Residence Address | City/State/Zip |
|---|---|---|---|
| Father | | | |
| Mother | CATHY ~~McFERREN~~ BOWES | 14626 AVALON | DOLTON, IL 60419 |
| Legal guardian | | | |
| Custodian | | | |
| Nearest known relative | DOROTHY WHITE GRANDMOTHER | 14248 HONORE | DIXMOOR, IL 60426 |

(The minor and the persons named in this paragraph are designated respondents.)

3. The minor is delinquent, otherwise in need of supervision, neglected or dependent by reason of the following facts:

ON THE DATE OF 07 JUN 99, THE SUBJECT SHEDRICK J. BOWES COMMITTED THE OFFENSE OF AGGRAVATED CRIMINAL SEXUAL ASSAULT IN VIOLATION OF 720 ILCS 5/12-14(a)(1) BY PLACING A KNIFE TO PATRICIA ALEXANDER (BEING THE AGE OF 13 D.O.B. 31 Jan 86) NECK AND BY THE USE OF FORCE, SHEDRICK J. BOWES PLACED HIS PENIS IN THE VAGINA OF PATRICIA ALEXANDER

55 O

4. The minor __IS__ (is)(is not) detained in custody.

5. A detention hearing __6-21__ (was held)(has been set for), 19__99__

6. It is in the best interests of the minor and the public that the minor be adjudged a ward of the court.

PETITIONER ASKS THAT THE MINOR BE ADJUDGED A WARD OF THE COURT AND FOR OTHER RELIEF UNDER THE JUVENILE COURT ACT.

REGISTERED
JUN 21 1999
AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

Ofc T. King #7
Petitioner

Signed and sworn to before me on this ____ day of June, 19 99

_Aurelia Pucinski_
Notary public (or Deputy Clerk of Court)

Name:
Atty. No.:
Atty. for:
Address:
City/Zip:
Telephone:

* If any facts are not known, state such in the appropriate spaces.

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(9-17-96-20M-CCJ-N001)

1900 - Appearance & Jury Demand
0900 - Appearance Only
Appearance

(3-81) CCG-9

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People of State of Illinois

plaintiff

v.

SHEDRICK BOWES

defendant

No. 99 SD 18369

FILED
JUL 12 1999
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
DEPUTY

*APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance of the defendant

SHEDRICK BOWES

*Defendant demands trial by jury.

Name ARTHUR D. SUTTON
Attorney for Defendant
Address 1783 S. Wallace
City CHGO, IL 60616
Telephone (773) 821-8378
Insurance Company
Atty No.

*Strike demand for trial by jury if not applicable.

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

................................................
Attorney for

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

SECTION 1 - Demographics

1. Minor's Name: _____ Doe, _____ Shr Drice _____  2. YD#: _____
   Last                          First              MI
3. Date of Birth: 11 / 18 / 86    4. Race: 3    5. Sex: M    6. Petition #: _____
               M    D    Y
7. Offense/Most Serious Count: _____ N Cnsp Sx Py _____

SECTION 2 - Hearing

8. Current Date: 6 / 21 / 99    9. Cal: 76    10. Time of Hearing: _____ am or pm
11. Current Custody Status:  (1.) Secure   2. Shelter Care   3. Home Confinement   4. Non-secure   5. None
12. Warrant Hearing?  1. Yes  or  (2.) No       13. If yes:  1. Category 1   2. Category 2   3. No Designation
14. Detention Hearing?  (1.) Yes  or  2. No
15. Hearing Stage:  (1.) Pre-Adjudication   2. Adjudication   3. Post-Adjudication
16. Was a Hearing/Trial held?  (1.) Yes  or  2. No
17. If yes, was the Finding/Order:
    1. PC                 6. Probation                          10. DOC
    2. UIN                7. Home Confinement Violation         11. No Finding
    (3.) PC and UIN       8. VOP                                12. Transfer to Adult Jurisdiction with $ _____ Bail
    4. Supervision        9. Commenced and Continued            13. Other
    5. Delinquency
18. VOP Type:  1. Technical Violation   2. New Offense
19. Next Date: 7 / 6 / 99    20. Cal: 76    or _____ check if case closed
               M   D   Y
21. Resulting Custody Status:  (1.) Secure   2. Shelter Care   3. Home Confinement   4. RUR   5. Release

SECTION 3 - Secure Custody: H/C or Commit to TDC

22. If in secure custody, continued for:
    1. PC                  6. Placement                          11. Gang Transfer Motion
    (2.) Trial/Adjudication 7. Dispositional Detention*           12. Appeal Motion
    3. Disposition         8. VOP Dispositional Order*           13. Interstate Compact
    4. VOP Hearing         9. Discretionary Transfer Motion      14. Other
    5. Clinical           10. Presumptive Transfer Motion
23. Continued on motion of:  1. M/S   2. M/R   3. B/A   (4.) O/C
24. *Commit to TDC for _____ days and Release on _____ / _____ / _____ to _____
    who is _____ (relationship).

SECTION - 4  (R/C) or Release upon Request (RUR)

25. Minor is released from custody to:
    Name: _____                                   Relationship: _____
26. Minor is RELEASED UPON REQUEST (RUR) to:
    Name: _____                                   Relationship: _____
27. Rehearing Date: _____ / _____ / _____    Adjudicator _____
                    M    D    Y               Judge _____

c:\office\485\custody2.wpf  6/27/95

# CUSTODIAL STATUS SHEET
## Follow Up Calendar

Date 07-01-1999

### SECTION 1 - Demographics

===================================================================================

1. Minor's Name: BOWES, SHEDRICK
3. Date of Birth: 11-13-1986   4. Race Black   5. Sex 1   2. YD #......
7. Offense/Most Serious Count 534  Agg Crim. Sex Ass. (Not - AT)   6. Petition # 99JD10369

### SECTION 2: Hearing

===================================================================================

8. Current Date: 07-06-1999       9. Cal 76         10. Time of Hearing: _____
11. Current Custody Status: Secure
12. Warrant Hearing   1. Yes   2. No   13. If Yes: 1. Category 1   2. Category 2   3. No Designation
14. Detention Hearing:   1. Yes   2. No
15. Hearing Stage:   1. Pre-Adjudication   2. Adjudication   3. Post-Adjudication
16. Was Hearing/Trial Held?   1. Yes   or   2. No
17. If Yes, Finding/Order was:
    1. PC        4. Supv.        7. Home Conf. Viol.    10. DOC        13. Other
    2. UIN       5. Del.         8. VOP                 11. No Fdg.
    3. PC/UIN    6. Prob.        9. Commence/Cont.      12. Trf. to Adult Jurisd. $_____ bail
18. VOP Type   1. Technical Violation   2. New Offense
19. Next Date: ___/___/___       20. Cal _____   or _____ check if case closed
21. Resulting Custody Status
    1. Secure   2. Shelter Care   3. Home Conf.   4. RUR   5. Release   6. Summons.   7. JAW

### SECTION 3 - Secure Custody: H/C or Commit to TDC

===================================================================================

22. If in secure custody, continued for:
    1. PC                         6. Placement
    2. Trial/Adjudication         7. Dispositional Detention*           11. Gang Transfer Motion
    3. Disposition                8. VOP Dispositional Order*           12. Appeal Motion
    4. VOP Hearing                9. Discretionary Transfer Motion      13. Interstate Compact
    5. Clinical                  10. Presumptive Transfer Motion        14. Other
23. Continued on motion of:   1. MS   2. M/R   3. B/A   4. O/C
24. *Commit to TDC for _____ days and Release on ___/___/___ to _____
    who is _____ (relationship)

### SECTION - 4 (R/C) or Release upon Request (RUR)

===================================================================================

25. Minor is released from custody to:
    Name:_____   Relationship _____
26. Minor is RELEASED UPON REQUEST (RUR) to:
    Name:_____   Relationship _____
27. Rehearing Date: ___/___/___       Adjudicator _____
                                      Judge _____

1549

| PATIENT | FACILITY | ENCOUNTER | |
|---|---|---|---|
| **Shedrick Northern-Bowes** | **Sibis Counseling Center** | NOTE TYPE | SOAP Note |
| DOB 11/13/1985 | T (219) 884-1655 | SEEN BY | Benjamin Leon |
| AGE 34 yrs | F (219) 884-1651 | | Mental Health Counseling |
| SEX Male | 3195 Broadway | DATE | 04/30/2020 |
| PRN NS965094 | Gary, IN 46409 | AGE AT DOS | 34 yrs |
| | | Not signed | |

## Subjective

Shedrick called in a crisis. He claimed that he was in a situation with his family and it became very negative and could become violent and he needs someone with whom to talk. Therapist agreed to an appointment and client arrived is a state of extreme anger. He reported that He lives with his mother and she constantly brings up things from the past that triggers anger and rage in him. He was in a recent car accident and was prescribed some medication that also has bad side effects.

## Objective

Client reports constant reminders of a rape of which he was accused at age 13. His family did not support him even though he was not guilty of the incident. His mother did not believe him and continues to say the worse things about him. They had a recent argument in which she said that she wished she had aborted him. Client admitted that he was very hurt and then he became enraged. His children visits with him at his mother's house but in light of what occurred today he thinks he should move.

## Assessment

Therapist encourage client to breathe and focus on the things that he can manage. We talked about getting a place of his own and perhaps moving to a motel in the interim. He does not want to abandon his children as he was abandoned. He recalled that his mother ran off with men and sold and used drugs. Client feels his mind is flooded with thoughts of his past that he cannot escape. His mind is racing and he desperately needs to relax. Therapist encourage client to get to space that he could be away from the triggers. He needs to rest his mind. He should speak with his doctor about the side effects of his medication.

## Plan

Continue to see client as needed. Continue with trauma focused cognitive behavioral therapy.

practicefusion